IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DONALD AND HERMINE SMITH, | § § § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. G-04-594 |
| v. | § § | |
| TEXAS FARMERS INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

**ORDER GRANTING DEFENDANT'S MOTION TO QUASH JURY DEMAND**

On July 1, 2005, Defendant Texas Farmers Insurance Company filed a Motion to Quash Jury Demand.  According to L.R. 7.3, opposed motions will be submitted to the judge 20 days from filing.  The Local Rules clearly state that if a response has not been filed by the submission day, this will be taken as a representation of no opposition.  *See* L.R. 7.4.  The submission day for this Motion was July 21, 2005.  As of today, August 1, 2005, Plaintiffs have not filed a response.

The Court regularly grants motions to extend the response time for good cause when parties file such motions in a timely manner.  If Plaintiffs encountered some difficulty in filing a timely and complete response, they certainly could have filed such a motion.  However, Plaintiffs filed no such motion.

Therefore, in accordance with L.R. 7.4, the Court considers the Motion unopposed, and the Motion to Quash Jury Demand is hereby **GRANTED**.  The Court admonishes Plaintiffs' counsel

1

to pay attention to the deadlines established by the Local Rules, and also to extend professional courtesy to the Court by notifying the Court of non-opposition to a motion, if that is the case, to help the Court continue to resolve cases in a timely manner. Each Party is to bear its own taxable costs, expenses, and attorney's fees incurred herein to date.

**IT IS SO ORDERED**.

**DONE** this 1st day of August, 2005 at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge